IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01199-MSK-BNB

SHARON D. HUNTER-DOTSON,

Plaintiff,

v.

TJX COMPANIES d/b/a TJMAXX,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion for Entry of Law Student Appearances** [docket no. 14, filed September 19, 2011] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED. Aaron Neptune and Sana Saiyed are granted leave to appear before the Court and represent plaintiff in this matter under the supervision of Rajasimha Raghunath.


DATED: September 20, 2011